UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS DANE SANDERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HUYEN NGUYEN, et al.,<br><br>　　　　Defendants. | No.  2:22-cv-0576 KJN P<br><br><br>ORDER |

Plaintiff, a county inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Accordingly, plaintiff is provided the opportunity to submit a completed in forma pauperis application and a certified copy of his inmate trust account statement in support of his application.

　　In his application, plaintiff states that jail officials would not assist plaintiff in completing his in forma pauperis application.  If jail officials again fail to assist plaintiff in completing his in forma pauperis application, plaintiff shall inform the court.  Plaintiff shall identify the jail officials who failed to assist plaintiff and describe the efforts made by plaintiff to obtain a completed in forma pauperis application.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is denied;

2. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court;

3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

4. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: April 14, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

sand0576.3c+new